## STATE v. GORDON DAWES.

(Filed 24 February, 1954.)

APPEAL by defendant from *Bone, J.,* and a jury, at August Term, 1953, of NASH.

Criminal prosecution tried on appeal from the County Recorder's Court upon a warrant charging the defendant with possession of nontax-paid whiskey for the purpose of sale.

From a verdict of guilty and judgment imposing penal servitude of six months, the defendant appeals, assigning errors.

*Attorney-General McMullan, Assistant Attorney-General Bruton, and Charles G. Powell, Jr., Member of Staff, for the State.*
*Davenport & Davenport, C. C. Abernathy, and T. A. Burgess for defendant, appellant.*

PER CURIAM. This case involves no new question requiring extended discussion. A careful examination of the record leaves us with the im-

pression it is free of reversible or prejudicial error. The verdict and judgment will be upheld.

No error.

BARNHILL, C. J., took no part in the consideration or decision of this case.